**91–2464.**  Lake Ridge Academy v. Carney.  *Lorain County,* No. 91CA005063.

MOYER, C.J., WRIGHT and H. BROWN, JJ., dissent.

**91–2472.**  In re Annexation of 466.112 Acres from Washington Twp.  *Montgomery County,* No. 12567.

MOYER, C.J., HOLMES and RESNICK, JJ., dissent.

**91–2476.**  Case v. Norfolk & Western RR. Co.  *Sandusky County,* No. S–90–24.

SWEENEY and DOUGLAS, JJ., dissent.

RESNICK, J., not participating.

**92–248.**  Copes v. Good Samaritan Hosp.  *Montgomery County,* No. CA 12726.  On motion to consolidate with 91–2001, *supra.*  Motion granted, and motion to certify record allowed *sua sponte.*

DOUGLAS and H. BROWN, JJ., dissent.